OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
4/8/2015 **PRIVATE USE**

02 1R
0002003152    APR 09 2015
$ 00.26⁵
PITNEY BOWES

MAILED FROM ZIP CODE 78701

FLORES, PETER    Tr. Ct. No. D-1-DC-13-203993-A      WR-83,052-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically the application is not on the updated prescribed form per art. 11.07.

RTS

RETURN TO SENDER
[] NEED BOOKING #/DOB
X INMATE NO LONGER HERE
[] NEED WRITING
[] NEED CORR. FULL NAME
[] NOT PROCESSED-NO RETURN ADDRESS

Abel Acosta, Clerk

REF

PETER FLORES
TRAVIS CO. CORR. GEN., TDC # 1450331
3614 BILL PRICE RD.
DEL VALLE, TX 78617

X9AF 3-11-15